Pretrial Detainee

**FILED IN CLERK'S OFFICE**
U.S.D.C. Atlanta

JUN 0 4 2021

JAMES N. HATTEN, Clerk

By: _____ Deputy Clerk

RECEIVED IN CLERK'S OFFICE CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983
U.S.D.C. - Atlanta

JUN 0 4 2021

JAMES N. HATTEN, Clerk
By: _____
              Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

Timothy Littlejohn

**1:21-CV-2320**

(Enter above the full name and prisoner
identification number of the plaintiff, GDC
number if a state prisoner.)

-vs-

Cobb County, Sheriff Craig Owens, Chief Anderson, Chief Registry
Colouch, Atkins, Wellpath, Dr. Dalton, Dr. Hindosh

(Enter above the full name of the defendant(s).)

I.     **Previous Lawsuits**

    A.    Have you filed other lawsuits in federal court while incarcerated in any institution?

                    Yes (✓)    No (  )

    B.    If your answer to A is yes, describe each lawsuit in the space below. (If there is
more than one lawsuit, describe the additional lawsuits on another piece of paper,
using the same outline.)

        1.    Parties to this previous lawsuit:

            Plaintiff(s): Timothy Littlejohn

            Defendant(s): D. French

        2.    Court (name the district): 11th district

        3.    Docket Number: 1-20-CV-00968-MLB·JKL

Rev 12/5/07

I.    Previous Lawsuits (Cont'd)

  4.    Name of judge to whom case was assigned:  _John Workn III_

  5.    Did the previous case involve the same facts?

              Yes ( )      No (✓)

  6.    Disposition (Was the case dismissed?  Was it appealed?  Is it still pending?):
        _____ Appeal _____
        _____

  7.    Approximate date of filing lawsuit:  _3-3-20_

  8.    Approximate date of disposition:  _N/A_


II.   **Exhaustion of Administrative Remedies**
      Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal
      court until all available administrative remedies are exhausted.  Exhaustion of administrative
      remedies is a precondition to suit, and the prisoner plaintiff must establish that he has exhausted
      the entire institutional grievance procedure in order to state a claim for relief.

  A.    Place of Present Confinement:  _1825 County Service Pkwy SW, Marietta GA_
        _30008_

  B.    Is there a prisoner grievance procedure in this institution?

              Yes (✓)    No ( )

  C.    Did you present the facts relating to your complaint under the institution's grievance
        procedure?

              Yes (✓)    No ( )

  D.    If your answer is YES:
    1.    What steps did you take and what were the results?
          _Grieved  no policy implemented_
          _____
          _____
          _____

    2.    If your answer is NO, explain why not:  _____
          _____
          _____

III.  **Parties**
(In item A below, place your name in the first blank and place your present address in the second blank.)

A.   Name of Plaintiff: *Timothy Littlejohn*

Address(es): *1825 County Service PKWY S.W., Marietta GA, 30008*

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B.   Defendant(s): *Cobb County, Sheriff Craig Owens, Chief Anderson, Chief Regory, Well Peth, Lt. Dalton, Lt. Hinchsh Colonel Atkins*

*1825 county services PKWY SW, Marietta GA 30008*

IV.  **Statement of Claim**
State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1) I wrote a grievance asking do Sheriff Owens have a policy for the (Halodol) shot they are arbitrarily administer here at the Jail and do they plan on having one

2) I wrote multiple grievance Because of the fact i was shot and file another suit under Nekia Warren 1-20-CV-2758-MLB-JKL.

3) Because of them Not having said policy for the Jail is assault and when they administer it i call Battery if you refuse it

Rev. 12

**IV. Statement of Claim (Cont'd)**

4) Dr. Hinchosh is the mental Health side who works for well path and he said they still dont have a policy wi give hoting out under the new sheriff.

5) Dr. Dalton work for Wellpath on the Nurse side who administer this Haldol shot and she hasnt created a policy either. Nor has Wellpath come up with one

6) Chief Anderson, Chief Registry, and Colonel Atkins all under Owens facilitate the Jail and implement its policy and procedure their policy is no referral to this shot even Hold me down no matter what as a matter of fact they dont have one so they are failure to trained correctly

7) Because im subject to this policy it in violation of my 14 amendment due process rights, to recieving assault and Battery

8) This suit is purely toward the Policy they dont have in place

9) And the court has Jurisdiction for State law for assault as well of putting me in the position to recieve, or apprehension to recieve danger of that shot because of no policy. And they dont have one

10) Cobb County is the municipality who hired him and give authority to run the Sheriff office that has no policy as well

11) I seen mental Health about this issue numerous of time

**V. Relief**

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

1) Compensatory damages sum certain $ 20,000,000

2) Punitive damages sum certain $ 20,000,000

3) Nominal damage sum certain $ 20,000,000

4) Trial By Jury

5) Cobb County is the only one sued in Offical capacity

6) Everyone else Individual

<u>Legal Claim</u>

all defendents have not created a policy for administering Anti-psychotic shot Haldol under the New Grais Enew administration i wrote a grievance and the response we can inject you against my will, without a hearing from Rasheeda of Mental Health, and my grievance's was denied. This not having a policy has and is in violation of may 14th Amnedment right to due process of being free from arbitrary Administered involuntary medication, And has put me in danger of getting it do again since it happen to me once. This claim is for the policy that dont have. but the medication the injects against thay will and allow the officer ~~to hold~~ people, and ~~me dawn to do it~~. Because defendents dont have a policy and its arbitrary which is the policy is in violation of Plaintiff 14th Amendment rights as a <u>Pretrial Detainee</u> to the United States Constitution and cause Plaintiff, pain, suffing, physical injury and emotional distress also put Plaintiff in <u>"imminent danger"</u> of such danger such a death which can happen because of that shot, without a ~~hearing~~

80897

80897

# COBB COUNTY DETENTION FACILITY
## INMATE GRIEVANCE FORM
CASE # ~~80897~~ 65324

Inmate Name Littlejohn, Timothy          SOID 1074022

Cell Location 551-1244

Date Issued 1-26-21

Issued by DS Gaines 18046

*Give to Dusn Audrsy*

DATE OF INCIDENT 1-26-21

BRIEFLY STATE YOUR GRIEVANCE Craig Oven + Chief Anderson doesnt have a policy for administing the Holdol shet a anti-psychtic medication, neither wellpath which can happen again to me, they still dont have a policy

Inmate: Signature/Date _____ -1-26-21

Received by: Signature/Date _____ 1504 1/26/21

Date Forwarded: 1-29-21  Respond by Date: 2-12-21 Grievance Voided ( )

( ) Team 1 ( ) Team 2 ( ) Team 3 ( ) Team 4 (✓) Medical ( ) Inmate Worker / Participant

( ) Food Service ( ) Maintenance ( ) Law Library ( ) Accounting ( ) Commissary ( ) Mail

( ) Classification ( ) Sentencing ( ) Religion ( ) Visitation ( ) Segregation ( ) I/M Property

( ) Inmate Recreation ( ) Laundry ( ) Court Services / Operations ( ) Support Services Staff

2/1/21 RFp

Response Mr. Littlejohn, Wellpath has a policy on Emergency Psychotropic Medication which states that under the order of a Psychiatric Practitioner or Physician, emergency psychotropic medication can be administered if an immediate threat of serious physical harm to the patient or to others caused by the violent behavior of the patient.

Staff Signature/Date _____ ON 2/2/21

Received by Inmate / Signature-Date _____ 2/4/21

Response Returned by Staff/Signature-Date _____ 18036

**Note:** You must submit your grievance on the same day you receive it. You have 48 hrs to appeal the findings from the date of response. (You must request an appeal form)

WHITE COPY: ORIGINAL/FILE          YELLOW COPY: INMATE RESPONSE          PINK COPY: INMATE REQUEST

RECEIVED FEB 07 2021          Revised 8/11/2015

80904

80904

**COBB COUNTY DETENTION FACILITY**
**INMATE GRIEVANCE FORM**
CASE # 80904  05370

Inmate Name Littlejohn, Timothy     SOID 1074022
Cell Location 5 5 1 1214
Date Issued 1-28-2020
Issued by Curry

This is my notice if you dont have one

DATE OF INCIDENT 1-28-21
BRIEFLY STATE YOUR GRIEVANCE The Cobb Chief Audason, CElewel Atkins have a policy to involuntarily necrate inmates against their will, I was advise of them on May 27, 2020 and that policy still stands, because this policy still stand im sueing the county on their behalf for $110,000,000 sum certain. This is my notice and for failure to train on a correct policies, well as violating my due process on those 3 DEFENDANT pls the county as well

Inmate: Signature/Date ___ 1-28-21
Received by: Signature/Date CPR 18057 01/28/21

Date Forwarded: 02021 ·Respond by Date: 02162 Grievance Voided ( )

( ) Team 1 ( ) Team 2 ( ) Team 3 ( ) Team 4 (X) Medical ( ) Inmate Worker / Participant

( ) Food Service ( ) Maintenance ( ) Law Library ( ) Accounting ( ) Commissary ( ) Mail

( ) Classification ( ) Sentencing ( ) Religion ( ) Visitation ( ) Segregation ( ) I/M Property

( ) Inmate Recreation ( ) Laundry ( ) Court Services / Operations ( ) Support Services Staff

my Feb 6, 2021 im filing suit 2/3/21 RF

Response I/N mate Littlejohn, You must submit an open record Request with Sheriff's Office Administration for Any policy requests.

Staff Signature/Date Lt. E Astor 02112

Received by Inmate / Signature-Date ___ 2/16/20
Response Returned by Staff/Signature-Date ___

**Note:** You must submit your grievance on the same day you receive it. You have 48 hrs to appeal the findings from the date of response. (You must request an appeal form)

WHITE COPY: ORIGINAL/FILE     YELLOW COPY: INMATE RESPONSE     PINK COPY: INMATE REQUEST

RECEIVED FEB 04 2021     Revised 8/11/2015

**V.   Relief (Cont'd)**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Signed this ___24___ day of ___May_____, 20 _21_.

_____
Signature of Plaintiff

**STATE OF** ___Georgia___
**COUNTY (CITY) OF** ___Marietta, Cobb___

I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED ON** _____
                  (Date)

_____
Signature of Plaintiff

Rev. 12/5/07

Previous Lawsuits (cont'd)                    p Ⓕ B


2) Littlejohn v. Holmes, CAFN 1:20-CV-01406-MLB (3-30-2020)
   (Prosecution Bad faith)

3) Littlejohn v. Warren et al. CAFN 1:20-cv-01538-MLB (4-10-2020)
   (access)

4) Littlejohn v. Warren et al. CAFN 1:20-cv-01539-MLB (4-9-2020)
   (retaliation)

5) Littlejohn v. Mendrall et al. CAFN 1:20-cv-01543-MLB (4-9-2020)
   (14 due process)

6) Littlejohn v. Carter et al., CAFN 1:20-cv-05144-MLB (4-9-2020)
   (14 due process)

7) Littlejohn v. District Attorney Office et al., CAFN 1:20-cv-01545 MLB (4-8-2020)
   (14 due process)

8) Littlejohn v. Cox CAFN 1:20 CV 01546-MLB (4-9-2020
   (14 due process)

9) Littlejohn v. Brooks, CAFN 1:20-cv-01748-MLB (4-23-2020)
   (14 due process)

10) Littlejohn v. Atkins et al. CAFN 1:20 cv-01749 MLB (4-23-2020)
    (14 due process)

11) Littlejohn v. Hill et al., CAFN 1 20 cv 01750 MLB (4-23-2020)
    (14 due process)

12) Littlejohn v. Tabler et al. CAFN 1 20 cv 01974 MLB (5-7-2020)
    (14 due process)

13) Littlejohn v. Phillips CAFN 1:20-cv-01975-MLB (5-7-2020)
    (14 due process)

14) Littlejohn v. Boyce et al., CAFN 1:20 cv-01977-MLB (5-7-2020)
    (14 due process)

15) Littlejohn v. Claire Boone, CAFN 1:20 cv 01978 MLB (5-7-2020)
    (14 due process)

16) Littlejohn v. Maldonado CAFN 1:20 cv 01976 MLB (5-7-2020)
    (14 due process)

17) Littlejohn v. Warren et al., CAFN 1:20 cv 02226 MLB (5-22-2020)
    (14 due process)

18) Littlejohn v. Warren et al., CAFN 1:20 cv 02227-MLB (5-22-2020)
    (14 due process)

⑥

Previous Lawsuit (cont'd)   p ① c

19) Littlejohn v. Johnson et al., (A4N 1:20 CV-03338-MLB (5-22-2020)
(14 claim, process)
20) Littlejohn v. Coleman et al. CA4N 1:20 CV-2600 MLB (6-18-2020)
(14 claim, process)
21) Littlejohn v. Frasier et al., CA4N 1:20-CV-02755-MLB (June 29-2020)
(14 claim process)
22) Littlejohn v. Moore, CA4N 1:20-CV-02854-MLB (June 29, 2020)
(14 claim process)
23) Littlejohn v. Warren et al., CA4N 1:20 CV-02756 MLB (6-29-2020)
(14 claim process)
24) Littlejohn v. Braun et al., CA4N 1:20 CV-3757-MLB (6-29-2020)
(14 due process)
25) Littlejohn v. French et al., CA4N 1:20 CV-02847-MLB (7-7-2020
(14 due process)
26) Littlejohn v. Warren et al. CA4N 1:20 CV-03103-MLD (8-24-2020)
(14 due process)
27) Littlejohn v. Warren et al. CA4N 1:20 CV-03104 MLB (8-24-2020)
(14 due process)
28) Littlejohn v. Warren et al. CA4N 1:20 CV-03101-MLB (8-24-2020)
(14 due process)
29) Littlejohn v. Warren et al. CA4N 1:20 CV-03102-MLB (8-24-2020)
(14 due process)
30) Littlejohn v. Dore CA4N 1:20 CV 3105 MLB (8-24-2020)
(14 due process)
31) Littlejohn v. Hudson et al. CA4N 1:20 CV-03106 (8/24-2020)
(14 due process)
32) Littlejohn v. Warren et al. CA4N 1:20 CV-03107 (7-24-2020
(14 due process)
33) Littlejohn v. Silla et al. CA4N 1:20 CV-03103 (7-24-2020)
(14 due process
34) Littlejohn v. Warren et al. 1:20 CV-03162-MLB (7-29-2020-
(14 due process
35) Littlejohn v. Bowman et al. CA4N 1:20 CV 02753 MLB (6-29-2020
① 36) Littlejohn v. Lt Wilson (1:20-CV-02991-MLB-JKL)
(1:20-CV-02692-MLB-JKL)